UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
V.                              )       Criminal No: 15-10117-PBS
                                )
ANREWS S. GORDON                )
                                )

                    JOINT FINAL STATUS REPORT

   Pursuant to Local Rule 116.5(c), the parties hereby file this Joint Final Status Report and ask this Honorable Court to accept this Report in lieu of a Final Status Conference.

   1.   The parties request that the case be returned to the District Judge for a Pretrial Conference.

   2.   The parties have produced all discovery they intend to produce.  The parties reserve the right to request further discovery.

   3.   Neither party has filed any substantive motions and does not, at this time, expect to file any substantive motions.  The parties reserve the right to file substantive motions.

   4.   The parties ask that the time from September 21, 2015 to the date of the first Pretrial Conference before the District Judge be excluded from the provisions of the Speedy Trial Act.

   5.   The parties have discussed a possible change of plea in this case and those discussions are ongoing.  If this case were to go to trial, the United States anticipates that the presentation of

the government's case-in-chief would take approximately five days.

                          Respectfully submitted,

                          CARMEN M. ORTIZ
                          United States Attorney

                  By: /s/ David G. Tobin
                      DAVID G. TOBIN
                      Assistant U.S. Attorney

*/s/ Robert Sheketoff*
ROBERT SHEKETOFF
Attorney for Defendant

                    CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                          /s/ David G. Tobin
                          DAVID G. TOBIN
                          Assistant U.S. Attorney