*United States v. Gordon*, 15-cr-10117-PBS: Government's Witness List

1. Frank Perlak, Tyngsboro, MA
2. Trooper Andrew Graham, Massachusetts State Police
3. Ismael Silva, Billerica House of Corrections
4. Victor Baez, Lawrence, MA
5. Gina Georgoudis, Waltham MA
6. David Gordon, Rockport, ME
7. Matthew Herman, Brookline, MA
8. Charles Leavitt, Natick, MA
9. Lee Lerner, Waltham, MA
10. James Pero, Harvard, MA
11. Unidentified Hispanic male who makes the March 12, 2015 telephone call to UC number
12. Lt. George Karelis, Middlesex County Sheriff's Department
13. Jason Gardner, Keeper or Records, Middlesex County Sheriff's Department
14. ATF Special Agent Brian Oppedisano
15. ATF Special Agent John Forte
16. ATF Special Agent Richard Zayas
17. USPS Special Agent Jeff Powers
18. Jaqueline Williams, Fingerprint Specialist
19. Larry Hankerson, Fingerprint Specialist
20. Carl R. McClary, Forensic Document Examiner
21. Jeff Taylor, Forensic Document Examiner