UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW GORDON,<br><br>Defendant. | Criminal Action<br>No. 15-10117-PBS |

VERDICT FORM
March 3, 2016

Saris, C.J.

Count One

\_\_\_\_\_ not guilty        ✓ guilty

Count Two

\_\_\_\_\_ not guilty        ✓ guilty

Count Three

\_\_\_\_\_ not guilty        ✓ guilty

Count Four

\_\_\_\_\_ not guilty        ✓ guilty

Count Five

\_\_\_\_\_ not guilty        ✓ guilty

I certify that the jury unanimously concurs in the above answers.

_____
JURY FOREPERSON

Dated: 3/4/16