AMMENDED   Wed 3/2/16 / Thurs 3/3

**Case Name: United States v. Andrew Gordon**

**Criminal No. 15-cr-10117-PBS**

**Exhibit List**

| Exhibit Offered By | Exhibit Number | Date of Exhibit | Description of Exhibit | Date Admitted |
|---|---|---|---|---|
| Government | 1 | 9.19.14 | Surveillance photos from State of Trooper Graham meeting Gordon | 2/26/2016 |
| Government | 2 | 12.24.14 | Christmas Card sent to CW from UC | 3/1/2016 |
| Government | 3 | 1.16.15 | Note in Bible with information concerning Trooper Graham and Frank Perlak | 3/1/2016 |
| Government | 4.1 | 1.16.15 | Disc of Video of Gordon writing a note | 3/1/2016 |
| Government | 4.2 | 1.16.15 | Disc of Video of Gordon placing note in CW bunk | 3/1/2016 |
| Government | 5 | 1.23.15 | Letter from Lee Lerner | |
| Government | 6 | | Omitted | |
| Government | 7.1 | 12.26.14 | Note to CW about Graham | 3/1/2016 |
| Government | 7.2 | 1.2.15 | Note to CW about Graham and Perlak | 3/1/2016 |
| Government | 8 | 2.11.15 | Valentines Day Card from UC to Gordon | 3/2/2016 |
| Government | 9.1 | 2.17.15 | Disc of Video of Gordon receiving the Valentine card in mail | 3/2/2016 |
| Government | 9.2 | 2.17.15 | Disc of Video of Gordon walking back with the letter | 3/2/2016 |
| Government | 9.3 | 2.17.15 | Disc of Video of Gordon writing a letter | 3/2/2016 |
| Government | 9.4 | 2.17.15 | Disc of Video of Gordon with the pink valentines card | 3/2/2016 |
| Government | 9.5 | 2.17.15 | Disc of Video of Gordon getting up to mail a letter | 3/2/2016 |
| Government | 9.6 | 2.17.15 | Disc of Video of Gordon sealing and mailing a letter | 3/2/2016 |
| Government | 9.7 | 2.17.15 | Disc of Video of Gordon mailing the letter and taking off his gloves | 3/2/2016 |
| Government | 9.8 | 2.17.15 | Blow up screen shot of Gordon standing with Valentine card | |
| Government | 10 | 2.25.15 | letter to CW- how is your cousin | 3/2/2016 |
| Government | 11 | 2.25.15 | letter addressed to Andres Gunderson | 3/2/2016 |
| Government | 12 | 2.25.15 | letter addressed to PO Box- take care of work | 3/2/2016 |
| Government | 13 | 2.27.15 | Pink Congrats Card sent from UC to Gordon | 3/2/2016 |
| Government | 14.1 | 3.2.15 | Disc of Video of Gordon receiving pink Congratulations card | 3/2/2016 |
| Government | 14.2 | 3.2.15 | Disc of Video of Gordon walking with pink Congratulations card | 3/2/2016 |
| Government | 14.3 | 3.2.15 | Disc of Video of Gordon getting the blue gloves | 3/2/2016 |
| Government | 14.4 | 3.2.15 | Disc of Video of Gordon putting on the blue gloves | 3/2/2016 |
| Government | 14.5 | 3.2.15 | Disc of Video of Gordon writing | 3/2/2016 |
| Government | 14.6 | 3.2.15 | Disc of Video of Gordon walking to the mail slot | 3/2/2016 |
| Government | 14.7 | 3.2.15 | Disc of Video of Gordon mailing the letter | 3/2/2016 |
| Government | 14.8 | 3.2.15 | Disc of Video of Gordon walking back to his bunk with no letters and taking off the blue gloves | 3/2/2016 |
| Government | 14.9 | 3.2.15 | Blow Up screen shot of Gordon standing with card | |
| Government | 15 | 3.3.15 | Letter addressed to PO Box- no time to lose | 3/2/2016 |
| Government | 16 | 3.9.15 | Letter to PO Box- Plow Very Soon | 3/2/2016 |
| Government | 17 | 3.11.15 | St Patricks Day card sent from UC to Gordon | 3/2/2016 |

AMMENDED

| Exhibit Offered By | Exhibit Number | Date of Exhibit | Description of Exhibit | Date Admitted |
|---|---|---|---|---|
| Government | 18.1 | 3.11.15 | Disc of Video of Gordon receiving the St Patricks day card and reading it in the couch area | 3/2/2016 |
| Government | 18.2 | 3.11.15 | Disc of Video of Gordon with gloves on reading the St Patricks day card and writing | 3/2/2016 |
| Government | 18.3 | 3.11.15 | Disc of Video of Gordon mailing out a letter | 3/2/2016 |
| Government | 18.4 | | omitted | |
| Government | 18.5 | 3.11.15 | Disc of Video of Gordon writing and looking at the St Patricks day card/picture | 3/2/2016 |
| Government | 18.6 | 3.11.15 | Disc of Video of Gordon mailing out a letter | 3/2/2016 |
| Government | 19. | 3.11.15 | Disc of Phone Call- Gordon calls Leavitt | 3/2 |
| Government | 20 | 3.12.15 | Picture of Trooper Graham with check mark sent to PO Box | 3/2/2016 |
| Government | 21 | 3.12.15 | Letter addressed to PO Box- you found it | 3/2/2016 |
| Government | 22 | 3.12.15 | Letter to Andre Garcia with CW return address | |
| Government | 23 | 3.12.15 | Disc of Phone Call- Gordon calls Ganty | 3/2 |
| Government | 24.1 | 3.12.15 | Disc of Audio of Phone Call- UC receives a call from an unknown Hispanic male calling from the Billerica HOC | 3/2 3/3 |
| Government | 24.2 | 3.12.15 | Disc of Video of Gordon and Hispanic male at the phone at the time of the call placed to the UC phone. | 3/3 |
| Government | 24 A | 3.12.15 | Transcript of Audio call of unknown Hispanic male calling UC | 3/2 |
| Government | 25 | 3.13.15 | Disc of Phone Call- Gordon calls Leavitt | 3/2 |
| Government | 26 | 3.13.15 | Letter PO Box- snow has to be moved and who's PIN | 3/2 |
| Government | 27 | 3.14.15 | Disc of Phone Call- Gordon calls Ganty | 3/2 |
| Government | 28 | 3.14.15 | Disc of Phone Call- Gordon calls Ganty | 3/2 |
| Government | 29 | 3.16.15 | Letter addressed to PO Box- snow is melting | |
| Government | 30 | 3.16.15 | Letter addressed to PO Box- need roof and driveway cleared | |
| Government | 31.1 | 3.16.15 | Disc of Audio of call- Gordon to Ganty | 3/2 |
| Government | 31.2 | 3.16.15 | Disc of Audio of call- Gordon to Ganty | 3/2 |
| Government | 31.3 | 3.16.15 | Disc of Audio of call- Gordon to Ganty | |
| Government | 32.1 | 3.17.15 | Handwritten notes from Gordon to CW | 3/2 |
| Government | 32.2 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 32.3 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 32.4 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 32.5 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 32.6 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 32.7 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 32.8 | 3.17.15 | Handwritten notes from Gordon to CW | 3/1/2016 |
| Government | 33 | 3.20.15 | Disc of Phone call- Pero calls UC | |
| Government | 34 | 3.20.15 | Letter from Gordon to Gina | 3/3 |
| Government | 35 | 3.21.15 | Disc of Phone call- Pero calls UC | 3/2 |
| Government | 36 | 3.26.15 | Letter addressed to PO Box- how is snow plowing business | 3/2 |

AMMENDED

| Exhibit Offered By | Exhibit Number | Date of Exhibit | Description of Exhibit | Date Admitted |
|---|---|---|---|---|
| Government | 37.1 | 4.6.15 | Disc of Video of Gordon moving back into the dorm where CW lives | 3/1/2016 |
| Government | 37.2 | 4.6.15 | Disc of Video of Gordon walking with the green card towards the tables | 3/1/2016 |
| Government | 37.3 | 4.6.15 | Disc of Video of Gordon and CW sitting at the table reviewing the cards | 3/1/2016 |
| Government | 37.4 | 4.6.15 | Disc of Video of Gordon and CW sitting at the table reviewing the cards | 3/1/2016 |
| Government | 37.5 | 4.6.15 | Blow Up still of Gordon walking with green card | 3/1/2016 |
| Government | 38.1 | 4.6.15 | Blow Up still of Gordon and CW sitting at phones prior to calling UC | 3/1/2016 |
| Government | 38.2 | 4.6.15 | Disc of Video of CW and Gordon standing and talking at phone | 3/1/2016 |
| Government | 38.3 | 4.6.15 | Disc of Video of CW and Gordon standing and talking at phone | 3/1/2016 |
| Government | 38.4 | 4.6.15 | Disc of Video overlayed with audio of CW and Gordon making call to UC | 3/1/2016 |
| Government | 38 A | 4.6.15 | Transcript of Audio call of CW calling UC   Side – bar | |
| Government | 39 | 4.9.15 | Letter from Gordon to Gina | |
| Government | 40 | 4.13.15 | Yellow Congratulations Card From UC to Gordon | 3/1/2016 |
| Government | 41 | 4.14.15 | unenhanced complete audio of Gordon and CW talking | |
| Government | 41.1 | 4.14.15 | Audio of CW and Gordon talking | |
| Government | 41.2 | 4.14.15 | Audio of CW and Gordon talking | 3/2 |
| Government | 41.3 | 4.14.15 | Still of Gordon retrieving mail | 3/2 |
| Government | 41.4 | 4.14.15 | Still of Gordon and CW at table | 3/2 |
| Government | 41.5 | 4.14.15 | enhanced complete audio of Gordon and CW talking | 3/2 |
| Government | 42 | 4.14.15 | Blue Gloves from search warrant | 3/2 |
| Government | 43 | 4.14.15 | Handwritten notes found in Gordon Bunk | 3/2 1st pg |
| Government | 43.1 | 4.14.15 | Photo from search warrant | 3/2 |
| Government | 44 | 4.14.15 | Notes on UC phone number | 3/2 |
| Government | 45 | | Phone Logs from HOC of calls made from the PIN given to Gordon | |
| Government | 46 | | Phone Logs from HOC of calls made to the UC phone number | |
| Government | 47 | | Gordon Booking Photo / Movement Sheet from Billerica HOC | |
| Government | 48 | | Fingerprint card from Billerica HOC | |
| Government | 49 | | Handwriting Expert Slides | 3/3 |
| Government | 50 | 2.6.15 | Letter from UC to CW- whats up cuz | 3/2/2016 |
| Government | 51 | 1.13.16 | Letter mailed to CW through Gina | 3/2/2016 |
| Government | 52 | 1.20.16 | Letter from Gordon to Gina | |
| Government | 53.1 | 4.8.15 | Disc of phone call- Gordon calls Gina | |
| Government | 53.2 | 4.8.15 | Disc of phone call- Gordon calls Gina | 3/2 |
| Government | 54 | | Letter CW sent to his attorney | |
| Government | 55 | | Letter CW to PO Box- whats going on, need update | 3/2 |
| Government | 56 | | Letter to Matthew Herman from Gordon | |
| Government | 57 | 10.13.14 | Gordon Phone Request Sheet | |

AMMENDED

| Exhibit Offered By | Exhibit Number | Date of Exhibit | Description of Exhibit | Date Admitted |
|---|---|---|---|---|
| Government | 58 | 3.11.15-4.14.15 | Phone Logs from HOC for Gordon | |
| Government | 59 | | Letter from Gordon to Perlak | |
| Government | 60 | ~ | Gordon Bank Records  1st pg only | 2/26/2016  2/29 |
| | 61 | | Indictment | |
| | 61 | | Transcript | |