UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  15-10117-PBS |
| | ) | |
| | ) | |
| ANDREW GORDON | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The defendant, Andrew Gordon, respectfully moves this Honorable Court to continue his sentencing date from May 12, 2016 to a date approximately three weeks later.  In support thereof the defendant says that his probation interview did not occur at his place of state incarceration until Monday of this week because it had to be cancelled due to weather the previous two Mondays.

The government assents to this motion.

Respectfully submitted,

By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617) 367-3449

CERTIFICATE OF SERVICE

I, Robert Sheketoff, hereby certify that this document filed through the ECF system on April 14, 2016 will be sent electronically to the registered participants.

/s/ Robert Sheketoff
Robert Sheketoff