TRULINCS 96627038 - GORDON, ANDREW S - Unit: BUF-W-A

15cr 10117-PBS

FROM: 96627038
TO:
SUBJECT: Judge Saris
DATE: 04/08/2019 11:33:05 AM

April 8, 2019

Judge Saris,

On 4/4 Barry left Butner, LSCI. Barry is a 74 year-old curmudgeon with COPD (Chronic Obstructive Pulmonary Disease). Barry is bound to a wheelchair. For about five months I was his ICP (Inmate Care Provider). I took him to meals. I transported him to the health services unit. I filled his oxygen tank. I helped to clean his room. I placed Barry's needs ahead of my own. I learned to empathize with his condition. I believe that I became a better person. During my marriage I put my needs ahead of my now ex-wife's and my son's. I realize that I was selfish. When I was home my son was a high honors student. Within a couple of years he was diagnosed with PTSD. He dropped out of highschool to attend an "alternative school." Every day I live with regret that my actions have hurt him. In addition to caring for Barry, I have taken seven courses at Butner. Further, I have taught two classes. I am enrolled in an Anger Management Class. I have acted as a referee for basketball games (not a good idea...basketball referees are not appreciated). I have tried to use my time productively at the facility.

I understand that my actions were harmful to society. The justice system separates those people who display maladaptive behavior from other citizens. I think that culling out undesirables from the population is a short-term fix. A long-term solution would be to answer the question "How can the system change undesirables into law abiding people?" To accomplish that task I think that the criminal justice system should explore short(er) sentences with mandatory behavior treatment programs. The offender would be required to pay for the treatment. The money would be deducted from the person's wages. If you can change the person's thinking then you will see improved behavior that will lead to a lower rate of recidivism. The individual is better off and society benefits from the change in that person's conduct. At present, the prison system imposes a significant financial drain on society. I estimate that each federal prisoner costs about $40,000 a year. Further, the inmate's loss of wages reduces tax dollars to pay for programs like Social Security. The longer a person is in prison the greater the diminishment of his/her skills and the ability to produce an income. To conclude, incarceration removes the person from society but it does not solve the problem.

I would be grateful if the Public Safety Factor could be removed from my record. I would appreciate if I could reduce time to serve in prison in exchange for more years of supervised release. Thank you for your consideration.

Regards,

Andrew Gordon
96627038
Butner LSCI
PO Box 999
Butner, NC 27509

4/22/19
The motion/request for a sentence reduction is denied. Thank you for writing me about your progress.
Patti B Saris